1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   MARCOS FRANCISCO GONZALEZ,           Case No.:  25-CV-3547 JLS (MSB)

12                            Petitioner,
                                          **ORDER DISMISSING CASE**
13   v.

14   CHRISTOPHER LAROSE, Warden of
     Otay Mesa Detention Center, et al.,
15
                            Respondents.
16

17

18        On January 22, 2026, as requested by the Parties, the Court extended the deadline

19   for Petitioner's attorney to submit an attorney fee application to February 19, 2026.  ECF

20   No. 11 at 1.  Petitioner's attorney did not submit an attorney fee application by that

21   deadline.  *See generally* Docket.  Therefore, counsel's request for attorney's fees is

22   **DENIED WITHOUT PREJUDICE**.  As this concludes the litigation in the matter, the

23   Clerk shall **CLOSE** the file.

24        **IT IS SO ORDERED.**

25   Dated:  February 20, 2026

26                                         Hon. Janis L. Sammartino
                                           United States District Judge
27

28

                                          1

                                                            25-CV-3547 JLS (MSB)